*38*

United States District Court
Southern District of Texas
FILED

JUL 14 2020

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. M-20-0946-S1 |
| JAVIER LUGO, JR. | § | |
| JOSE ANTONIO MARTINEZ- | § | |
| CONTRERAS | § | |
| also known as La Palma | § | |
| JACQUELINE PEQUENO | § § | |

## SEALED SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

From on or about July 23, 2019 through on or about May 6, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JAVIER LUGO, JR.
JOSE ANTONIO MARTINEZ-CONTRERAS
also known as La Palma
JACQUELINE PEQUENO
and**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and 5 kilograms or more of a mixture of substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## Count Two

On or about July 23, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JOSE ANTONIO MARTINEZ-CONTRERAS**
**also known as La Palma**
**and**
**JACQUELINE PEQUENO**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 12.75 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

## Count Three

On or about July 31, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JOSE ANTONIO MARTINEZ-CONTRERAS**
**also known as La Palma**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 25 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

## Count Four

On or about August 6, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JOSE ANTONIO MARTINEZ-CONTRERAS**
**also known as La Palma**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 27.5 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

## Count Five

On or about August 21, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JOSE ANTONIO MARTINEZ-CONTRERAS**
**also known as La Palma**
**and**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 14.5 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

### Count Six

On or about August 23, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JOSE ANTONIO MARTINEZ-CONTRERAS**
**also known as La Palma**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more, that is, approximately 8 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

### Count Seven

On or about May 6, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JOSE ANTONIO MARTINEZ-CONTRERAS**
**also known as La Palma**
**and**
**JAVIER LUGO, JR.**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 44 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

## Count Eight

On or about May 6, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JOSE ANTONIO MARTINEZ-CONTRERAS**
**also known as La Palma**
**and**
**JAVIER LUGO, JR.**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 34 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

## Count Nine

On or about May 6, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JOSE ANTONIO MARTINEZ-CONTRERAS**
**also known as La Palma**
**and**
**JAVIER LUGO, JR.**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more, that is, approximately 11 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

*[signature]*
ASSISTANT UNITED STATES ATTORNEY